IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MATTHEW DAVID MCGEE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-860
LT Case No. 2017-MM-048404-A

_____/

Decision filed October 11, 2022

Appeal from the County Court
for Brevard County,
Kathryn C. Jacobus, Judge.

Matthew D. McGee, Rockledge, pro
se.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.